Roger J. BROWN, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2010–3175.

United States Court of Appeals, Federal Circuit.

May 10, 2011.

Minnette Burges, Burges Law Offices, of Tucson, Arizona, argued for petitioner.

Jessica R. Toplin, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director.

RADER, Chief Judge, LOURIE and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**